| | |
|---|---|
| DEFENDANT: | WELTON L. HARRIS III |
| AGE/YOB: | 22/2002 |
| OFFENSE(S): | COUNT 1: 21 U.S.C. § 841(a)(1) and (b)(1)(C) - Possession with Intent to Distribute a Mixture and Substance Containing a Detectable Amount of Cocaine, a Schedule II Controlled Substance |
| LOCATION OF OFFENSE: | Arapahoe County, Colorado, and elsewhere |
| PENALTY: | COUNT 1: NMT 20 years' imprisonment, NMT $1,000,000 fine, or both; NLT 3 years' supervised release and NMT life supervised release; $100 special assessment fee |
| AGENT: | FBI Special Agent Matthew Smyth |
| AUTHORIZED BY: | Talia Bucci<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

  x    five days or less       _____ over five days       _____ other

THE GOVERNMENT

  X    will seek detention in this case pursuant to 18 U.S.C. § 3142(f)(1) and (2)

The statutory presumption of detention **is** applicable to this defendant pursuant to 18 U.S.C. § 3142(e)(3)(A).